E-filing

1  Craig A. Livingston (SBN 148551)
   Michael E. Gatto (SBN 196474)
2  Crystal Van Der Putten (SBN 227262)
   LIVINGSTON LAW FIRM
3  A Professional Corporation
   1600 South Main Street, Suite 280
4  Walnut Creek, CA  94596
   Tel:  (925) 952-9880
5  Fax: (925) 952-9881
   clivingston@livingstonlawyers.com
6  mgatto@livingstonlawyers.com

7  Attorneys for Plaintiffs GERALDINE MALDONADO,
   PRISCILLA MALDONADO, and M.M.,
8  a minor, by and through his Guardian Ad Litem,
   MIGUEL MALDONADO

9

10                UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12  GERALDINE MALDONADO,          )  Case No. C08-05642
    PRISCILLA MALDONADO and M.M., a )
13  minor, by and through his Guardian Ad )
    Litem, MIGUEL MALDONADO,      )  PETITION FOR APPOINTMENT OF
14                                )  GUARDIAN AD LITEM FOR M.M, A
                  Plaintiffs,     )  MINOR; CONSENT OF NOMINEE;
15                                )  [PROPOSED] ORDER
         vs.                      )
16                                )
    CITY OF GILROY, GILROY POLICE )
17  DEPARTMENT, CHIEF GREGG       )
    GIUSIANA, SERGEANT CHAD       )
18  GALLACINAO, CORPORAL JIM      )
    CALLAHAN, COUNTY OF SANTA     )
19  CLARA, SANTA CLARA COUNTY     )
    DEPUTY R. URENA, DEPUTY S. LOPEZ, )
20  DEPUTY J. TRAN and DOES 1-50, )
    Inclusive,                    )
21                                )
                  Defendants.     )
22  _____)

23       Petitioner states as follows:

24       1.    I, Geraldine Maldonado, am the mother of plaintiff M.M, a Minor born in 1998,

25  and make this application on his behalf.

26       2.    My son has commenced an action in this Court against defendants CITY OF

27  GILROY, GILROY POLICE DEPARTMENT, CHIEF GREGG GIUSIANA, SERGEANT

28

RECEIVED

DEC 1 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IT IS SO ORDERED

Judge James Ware

ADR

HRL

1   CHAD GALLACINAO, CORPORAL JIM CALLAHAN, COUNTY OF SANTA CLARA,

2   SANTA CLARA COUNTY DEPUTY R. URENA, DEPUTY S. LOPEZ, DEPUTY J. TRAN

3   and DOES 1-100, for shock, horror, severe emotional distress, anxiety, fear and other emotional

4   and psychological injuries arising out of seeing me wrongfully arrested, beaten and shocked

5   repeatedly with a Taser gun for no legitimate reason.

6       3.      No guardian or representative has been appointed to my son, nor has there been a

7   previous petition for appointment of guardian ad litem in this matter.

8       4.      Miguel Maldonado, my husband and M.M.'s father, whose address is 1399

9   Gardner Blvd., San Leandro, CA  94577, is a competent and responsible person and fully

10  competent to act as our son's guardian ad litem in this matter.  On that basis, I nominate Miguel

11  Maldonado to act as guardian ad litem for M.M.

12      5.      Miguel Maldonado is willing to act as guardian ad litem for our son as appears by

13  his consent attached hereto.

14      WHEREFORE, petitioner moves the court for an order appointing Miguel Maldonado as

15  guardian ad litem of plaintiff M.M. for the purpose of bringing an action against defendants on

16  the claims herein stated.

17

18  Dated:  December 18, 2008

    Geraldine Maldonado

19

20

                            **CONSENT OF NOMINEE**
21

22      I, Miguel Maldonado, the nominee of Petitioner, consent to act as guardian ad litem of

23  the minor plaintiff, M.M., in the above action.

24  Dated:  December 18, 2008

    Miguel Maldonado
25

26

27

28

---

*Maldonado v. City of Gilroy, et al.*
Petition for Appointment of Guardian Ad Litem for M.M., a Minor; Consent of Nominee; [Proposed] Order Thereon

**ORDER**

The petition for an order appointing Miguel Maldonado as guardian for plaintiff M.M. in this matter IS GRANTED.

IT IS SO ORDERED.

DATED:  June 25, 2009

_____
UNITED STATES DISTRICT COURT JUDGE