Craig A. Livingston (SBN 148551)
Michael E. Gatto (SBN 196474)
Crystal Van Der Putten (SBN 227262)
LIVINGSTON LAW FIRM
A Professional Corporation
1600 South Main Street, Suite 280
Walnut Creek, CA  94596
Tel:  (925) 952-9880
Fax: (925) 952-9881
clivingston@livingstonlawyers.com
mgatto@livingstonlawyers.com
cvanderputten@livingstonlawyers.com

Attorneys for Plaintiffs GERALDINE MALDONADO,
PRISCILLA MALDONADO, and M.M.,
a minor, by and through his Guardian Ad Litem,
MIGUEL MALDONADO

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALDINE MALDONADO, PRISCILLA MALDONADO, and M.M., a minor, by and through his Guardian Ad Litem, MIGUEL MALDONADO,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF GILROY, GILROY POLICE DEPARTMENT, CHIEF GREGG GIUSIANA, SERGEANT CHAD GALLACINAO, CORPORAL JIM CALLAHAN, COUNTY OF SANTA CLARA, SANTA CLARA COUNTY SHERIFF'S DEPUTY R. URENA, DEPUTY S. LOPEZ, DEPUTY J. TRAN and DOES 1-50, Inclusive,<br><br>Defendants. | Case No. 5:08-cv-05642-JW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO STAY CIVIL PROCEEDING SETTING STATUS CONFERENCE** |

The parties hereby stipulate and agree, through their counsel of record, to a Stay of Civil Proceedings in the above-captioned matter pending plaintiff, Geraldine Maldonado's, appeal of her criminal conviction which involves the incident giving rise to this action.  All parties agree that a Stay of Civil Proceedings will promote efficiency in the management of this matter insofar

---

*Maldonado v. City of Gilroy, et al.* – Case No. 5:08-cv-05642-JW
Stipulation and [Proposed] Order to Stay Civil Proceeding

1

1   as the outcome of the appeal could have a significant effect on the resolution of this action. The
2   parties anticipate that the criminal appeal will be resolved within one hundred thirty (130) days.
3   Therefore, the parties stipulate to a Stay of all proceedings in this case, including discovery, for
4   one hundred fifty (150) days.

5   Dated: May 22, 2009                     LIVINGSTON LAW FIRM

7                                           By _____
                                               Craig A. Livingston
8                                              Attorneys for Plaintiffs GERALDINE
                                               MALDONADO, PRISCILLA
9                                              MALDONADO, and M.M., a minor.

10  Dated: June 8, 2009                     OFFICE OF THE COUNTY COUNSEL

12                                          By _____
13                                             Mark F. Bernal
                                               Attorneys for Defendants COUNTY OF
14                                             SANTA CLARA, DEPUTY R. URENA,
                                               DEPUTY S. LOPEZ and DEPUTY J. TRAN

16  Dated: May 29, 2009                     BURTON, SCHMAL & DiBENEDETTO

18                                          By _____
                                               Timothy J. Schmal
19                                             Attorneys for Defendants CITY OF
                                               GILROY, GILROY POLICE
20                                             DEPARTMENT, CHIEF GREGG
                                               GIUSIANA, SERGEANT CHAD
21                                             GALLACINAO AND CORPORAL JIM
                                               CALLAHAN

22  *** ORDER ***

23      For good cause shown, the Court GRANTS the parties' Stipulation to STAY this case. The
24  Court sets a Status Conference on **December 14, 2009 at 10 a.m.** On or before **December 4,**
25  **2009**, the parties shall file a Joint Status Report to update the Court as to the criminal proceedings
27  and its effect on this litigation.

28  Dated: June 25, 2009                    _____
                                            JAMES WARE
                                            United States District Judge