1 MIGUEL MÁRQUEZ, Acting County Counsel (S.B. #184621)
  MARK F. BERNAL, Deputy County Counsel (S.B. #173923)
2 OFFICE OF THE COUNTY COUNSEL
  70 West Hedding, East Wing, 9th Floor
3 San Jose, California  95110-1770
  Telephone:  (408) 299-5900
4 Facsimile:  (408) 292-7240

5 Attorneys for Defendants
  COUNTY OF SANTA CLARA, DEPUTY
6 R. URENA, DEPUTY S. LOPEZ, AND
  DEPUTY J. TRAN

7

8                    UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                              (San Jose)

10

11

12 GERALDINE MALDONADO et al.,        )   No.    C08-05642 JW
                                      )
13           Plaintiffs,              )   **JOINT FURTHER CASE MANAGEMENT**
                                      )   **CONFERENCE STATEMENT**
14 v.                                 )   ORDER CONTINUING STAY OF ACTION
                                      )    TO JUNE 21, 2010; CONTINUING CASE
15 CITY OF GILROY et al.,             )    MANAGEMENT CONFERENCE
                                      )
16           Defendants.              )
                                      )
17 _____ )

18        The parties met and conferred in compliance with Local Rule 16-1, et seq. to prepare this

19 Joint Case Management Statement.

20        Pursuant to this Court's June 25, 2009 Order [Doc #45], this case is currently stayed

21 pending the outcome of Plaintiff's criminal appeal.  The purpose of this Statement, in part, is to

22 update the Court regarding the status of that appeal and its impact on these civil proceedings.

23 That information is set forth below in section 11 "Scheduling."

24 1.    Jurisdiction and Service:

25        This court has subject matter jurisdiction based upon Plaintiffs' claims brought under 42

26 U.S.C. sections 1983 and 1985.  All parties have been served.

27 / /

28 / /

MIGUEL MÁRQUEZ
Acting County Counsel
County of Santa Clara
San Jose, California

Joint Further Case Management
Conference Statement                              1                          C08-05642 JW

2.     Facts:

Plaintiff Geraldine Maldonado and her children, Plaintiffs Priscilla Maldonado and M.M., attended a car show at the Santa Clara County Fairgrounds on September 2, 2007.  Defendants Gallacinao and Callahan (Gilroy Police Department officers) and Defendants Urena, Lopez, and Tran (Santa Clara County Sheriff's Office deputies) provided security for the car show.

Defendant officers/deputies escorted Tavo Collazo from the Fairgrounds for violation of car show rules (Mr. Collazo is married to Plaintiff Geraldine Maldonado's niece).

Plaintiffs contend that, without cause or justification, Defendants also attempted to escort Plaintiff Geraldine Maldonado from the Fairgrounds and used excessive force against her by, *inter alia*, grabbing her arms, grabbing her hair, striking her in the face, and shocking her with a tazer.  Defendants deny that they acted without cause or justification, used excessive force, and that any officer/deputy applied a tazer to Plaintiff Geraldine Maldonado's body.

Defendants contend that Plaintiff Geraldine Maldonado verbally interfered with the escort of Mr. Collazo and failed to comply with instructions to not interfere, thus resulting in the decision to also escort her from the Fairgrounds.  Defendants further contend that Plaintiff Geraldine Maldonado resisted efforts to escort her from the Fairgrounds by, *inter alia*, pushing/hitting Defendant Callahan in the chest, pulling away from Defendants' grasps, swinging her arm at Defendant Gallacinao, and spitting at Defendant Gallacinao's face, thus justifying the use of force to restrain and arrest Plaintiff Geraldine Maldonado.  Plaintiffs deny all of these contentions.

Plaintiffs further contend that Defendants Gallacinao and Maldonado falsely arrested Plaintiff Geraldine Maldonado and that Defendants Urena, Lopez, and Tran conspired to author arrest reports that falsely stated that Plaintiff Geraldine Maldonado spat at or upon Defendant Gallacinao.  Defendants deny these contentions.

A jury convicted Plaintiff Geraldine Maldonado of two misdemeanors: battery upon a peace officer; and resisting/delaying/obstructing a peace officer.  A motion for new trial was denied in May 2009.  Thereafter, the court appointed appellate counsel and an appeal has been filed.  (See, Section 11, *infra*.)

MIGUEL MÁRQUEZ
Acting County Counsel
County of Santa Clara
San Jose, California

Joint Further Case Management
Conference Statement

2

C08-05642 JW

3.   Legal Issues:

The parties dispute whether Plaintiffs Priscilla Maldonado and M.M. have standing to sue the Defendants for conspiracy to violate civil rights (Claim No. 9 to Plaintiffs' Complaint).  The alleged conspiracy pertains to the false arrest and prosecution of only Plaintiff Geraldine Maldonado.

The parties dispute whether Plaintiff Geraldine Maldonado still has a cognizable 42 U.S.C. section 1985 (conspiracy) claim against Defendants.  A jury convicted Plaintiff Geraldine Maldonado of the crimes for which she was arrested.  Consequently, her arrest and prosecution were not falsely made and her civil rights were not violated by the arrest and prosecution.  Thus, the reports prepared by Defendants did not cause any harm or damage to Plaintiff Geraldine Maldonado.  (*Pierce v. Stinson*, 493 F.Supp. 609, 611 (D.C.Tenn.1979), citing *Carey v. Piphus*, 435 U.S. 247, 254 (1978) [purpose of 42 U.S.C. section 1985 is to compensate for harm actually caused by overt acts of conspiracy].)  However, as indicated below, the original conviction is currently on appeal.

The parties dispute whether the City of Gilroy and County of Santa Clara can be held liable under the theory of *respondeat superior* for the alleged 42 U.S.C. section 1985 claim against Individual Defendants.

The parties dispute whether punitive damages may be awarded against the City of Gilroy and the County of Santa Clara.  (*City of Newport v. Fact Concerts, Inc*, 453 U.S. 247, 259-71 (1981); see also, *Ninth Circuit Manual of Modern Civil Jury Instructions*, Comment to Jury Instruction No. 5.5.)

4.   Motions:

There are no prior or pending motions.

All Defendants are contemplating the following motions: summary judgment; motion to strike punitive damages as to the City of Gilroy and County.

5.   Amendment of Pleadings:

The parties do not currently anticipate amendments to the pleadings.

/ /

MIGUEL MÁRQUEZ
Acting County Counsel
County of Santa Clara
San Jose, California

Joint Further Case Management
Conference Statement                    3                    C08-05642 JW

6.    <u>Evidence preservation</u>:

Defendants have collected and preserved all documented and electronic evidence available to them.  A significant amount of evidence was prepared by the prosecution and criminal defense teams in connection with the criminal jury trial.  The civil Defendants in this matter do not have equal access to those materials, since the District Attorney's Office cannot release those materials to the civil Defendants, since they are separate and distinct legal persons and entities.  Defendants hope to arrange production of all pertinent materials – still photographs obtained from a videotape and blown up for jury publication, witness declarations, and various jury trial exhibits – with Plaintiffs' attorneys, who represented Plaintiff Geraldine Maldonado in the criminal jury trial.

7.    <u>Disclosures</u>:

All parties have prepared and served Initial Disclosures within the time parameters set forth in Federal Rule of Civil Procedure 26(a)(1).

8.    <u>Discovery</u>:

The parties agree that each individual or entity party is permitted 25 specially prepared interrogatories, 25 requests for admissions, an unlimited number of requests for production of documents and things, but those requests must be narrowly tailored, and 7 fact witness depositions, each of which shall be limited to no more than seven hours in duration on one day. If, after completing 7 depositions, a party believes (s)he requires additional depositions, then (s)he may apply to the court for leave to take additional depositions.

9.    <u>Relief Sought</u>:

Plaintiffs seek a judgment for damages in their favor.

The City of Gilroy, the County of Santa Clara, and their affiliated co-defendants seek judgment in their favor.

10.    <u>Settlement and ADR</u>:

All parties are amenable to Early Neutral Evaluation.  Plaintiffs are also amenable to mediation before a private mediator.

/ /

MIGUEL MÁRQUEZ
Acting County Counsel
County of Santa Clara
San Jose, California

Joint Further Case Management
Conference Statement                    4                    C08-05642 JW

11.   Scheduling:

The appellate court recently appointed Ron Rayes as new counsel to represent Plaintiff in her criminal appeal.  Mr. Rayes filed Ms. Maldonado's opening brief last month.  The People have requested additional time to file their response brief.  It is the understanding of the parties that the criminal appeal will be fully briefed by the end of January 2010, that oral argument will likely take place in March or April 2010, and that a final decision will be issued by the end of May 2010.

The parties to this civil action respectfully request that the current stay remain in place and that a further case management conference be scheduled in early June 2010.

12.   Trial:

The parties all request a jury and anticipate that trial will last five to eight days.

13.   Disclosure of Non-party Interested Entities or Persons:

The City of Gilroy, the County of Santa Clara, and their affiliated co-defendants are exempt from the Local Rule 3-16 disclosure requirements.

All other parties have filed the "Certification of Interested Entities or Persons" required by Civil Local Rule 3-16.  Pursuant to Civil L.R. 3-16, Plaintiffs assert that as of the date of this Joint Initial Case Management Conference Statement, other than the named parties, there is no such interest to report.

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

MIGUEL MÁRQUEZ
Acting County Counsel
County of Santa Clara
San Jose, California

Joint Further Case Management
Conference Statement                          5                          C08-05642 JW

1    I hereby attest that I have on file all holograph signatures for any signatures indicated by a

2    "conformed" signature (/S/) within this e-filed document.

3                                                    MIGUEL MÁRQUEZ
                                                     Acting County Counsel
4

5    Dated: December 4, 2009            By: _____/S/_____
                                             MARK F. BERNAL
6                                            Deputy County Counsel

7                                            Attorneys for Defendants
                                             COUNTY OF SANTA CLARA,
8                                            DEPUTY R. URENA, DEPUTY S.
                                             LOPEZ, and DEPUTY J. TRAN
9

10                                           BURTON, SCHMAL & DiBENEDETTO
11

12   Dated: December 4, 2009            By: _____/S/_____
                                             TIMOTHY J. SCHMAL, ESQ.
13

14                                           Attorneys for Defendants
                                             CITY OF GILROY, SERGEANT
15                                           GALLACINAO, CORPORAL
                                             CALLAHAN, and POLICE CHIEF
                                             GREGG GIUSIANA
16

17

18                                           LIVINGSTON LAW FIRM

19

20   Dated: December 4, 2009            By: _____/S/_____
                                             CRAIG A. LIVINGSTON. ESQ.
21

22                                           Attorneys for Plaintiffs
                                             GERALDINE MALDONADO,
                                             PRISCILLA MALDONADO,
23                                           and M.M., a minor, by and through
                                             Guardian Ad Litem, Miguel Maldonado

24   *** ORDER ****

25       In light of the parties' representation, the Court finds good cause to continue the STAY
     presently imposed on the case to June 21, 2010. Accordingly, the December 14, 2009 Case
26   Management Conference is continued to **June 21, 2010 at 10 a.m.** On or **before June 11, 2010**,
     the parties shall file a Joint Case Management Conference Statement. The Statement shall
27   include, among other things, an update on Plaintiff's underlying criminal appeal, and if the stay
     should be lifted, a good faith discovery plan with a proposed date for the close of all discovery.
28

     Dated: December 8, 2009            _____
                                        JAMES WARE
                                        United States District Judge