IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Geraldine Maldonado, et al.,<br><br>    Plaintiffs,<br>  v.<br><br>City of Gilroy, et al.,<br><br>    Defendants. | NO. C 08-05642 JW<br><br>**ORDER VACATING ORDER TO SHOW CAUSE RE: DISMISSAL; LIFTING STAY AND SETTING DEADLINE FOR FILING OF AMENDED COMPLAINT** |

On June 17, 2010, the Court issued an Order to Show Cause re: Dismissal. (Docket Item No. 50.) Upon review of the factual allegations of Plaintiffs' Complaint, the Court expressed a concern that Plaintiff Maldonado's criminal conviction may bar this action pursuant to Heck v. Humphry.[1] (Id.) In addition, the Court was concerned that this case has been pending for over a year and a half without completing even the earliest stages of discovery. (Id.)

The parties have filed their Responses to the Court's Order. (See Docket Item Nos. 51, 52, 53.) Upon review of the Responses, the Court finds good cause to VACATE the July 12, 2010 Order to Show Cause re: Dismissal hearing and orders as follows:

(1) The current stay of the case shall be immediately lifted;

(2) On or before **July 30, 2010**, Plaintiffs shall file an Amended Complaint. The Amended Complaint shall adhere to the following terms:

---

[1] 512 U.S. 477 (1994).

(a) Since Plaintiff concedes that under <u>Heck</u>, her § 1983 claims cannot be based on allegations of false arrest, no such allegations shall be repeated in the Amended Complaint. (<u>See</u> Docket Item No. 51.)

(b) In addition, because Plaintiff Maldonado was convicted under Cal. Penal Code § 148(a) for resisting arrest, such conviction can bar a § 1983 claim for excessive force where success on the § 1983 claim "would necessarily imply or demonstrate that the plaintiff's earlier conviction was invalid." <u>See</u> <u>Smith v. City of Helmet</u> 394 F.3d 689, 699 (9th Cir. 2005). A section 148(a) conviction only bars an excessive force claim if the officer applied excessive force "during the course of the arrest." <u>Id.</u> at 697. Thus, to the extent that Plaintiff alleges excessive force in effecting her arrest, her claim is incompatible with her conviction under section 148(a). However, Plaintiff does allege that after the arrest, when Defendant Callahan had complete control of her body movement, Defendant Gallacinao improperly and unnecessarily applied his taser gun on her, shocking her in the abdomen. (<u>See</u> Complaint generally, Docket Item No. 1.) In sum, the Amended Complaint shall make clear at what point Plaintiff Maldonado claims that the officers applied excessive force.

(c) Since Plaintiffs have elected to bring suit against both the County of Santa Clara and the City of Gilroy, the Amended Complaint shall clearly set forth facts to support claims against each entity and well as their officers. Generally, allegations such as "Defendants" in the plural will not suffice.

(d) Finally, the Court also questions whether Plaintiff's children have standing to sue simply by being witnesses to the alleged use of excessive force on Plaintiff. Accordingly, the Amended Complaint–to the extent Plaintiff elects to keep her minor children in this case as Plaintiffs–shall clearly articulate the factual basis for their injuries and their legal standing to bring suit.

(3) On **August 30, 2010 at 10 a.m.**, the parties shall appear for a Case Management Conference. On or before **August 20, 2010**, the parties shall file a Joint Case Management Statement. The Statement shall include a good faith discovery schedule with a proposed date for the close of all discovery.

Dated: July 9, 2010

*James Ware*
JAMES WARE
United States District Judge

3

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Craig Allen Livingston clivingston@livingstonlawyers.com
Crystal Lee Van Der Putten cvanderputten@livingstonlawyers.com
Mark F. Bernal mark.bernal@cco.sccgov.org
Timothy James Schmal Tschmal@bvsllp.com

**Dated: July 9, 2010**                                             **Richard W. Wieking, Clerk**

                                                          **By:      /s/ JW Chambers**
                                                               **Elizabeth Garcia**
                                                               **Courtroom Deputy**

**United States District Court**
For the Northern District of California