1   MIGUEL MÁRQUEZ, County Counsel (S.B. #184621)
     MARK F. BERNAL, Deputy County Counsel (S.B. #173923)
2   OFFICE OF THE COUNTY COUNSEL
     70 West Hedding, East Wing, 9th Floor
3   San Jose, California  95110-1770
     Telephone:  (408) 299-5900
4   Facsimile:  (408) 292-7240

5   Attorneys for Defendants
     COUNTY OF SANTA CLARA, DEPUTY
6   R. URENA, DEPUTY S. LOPEZ, AND
     DEPUTY J. TRAN

7

8                UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11   GERALDINE MALDONADO, et al.    )    No. C08-05642 JW
                                 )
12        Plaintiffs,            )    **STIPULATION AND ORDER DISMISSING**
                                 )    **DEFENDANTS COUNTY OF SANTA**
13   v.                            )    **CLARA, DEPUTY R. URENA, DEPUTY S.**
                                 )    **LOPEZ, AND DEPUTY J. TRAN WITHOUT**
14   CITY OF GILROY, et al.        )    **PREJUDICE**
                                 )
15        Defendants.          )
     _____ )

16

17       Plaintiffs, Geraldine Maldonado, Priscilla Maldonado, and M.M., a minor, by and through

18 his Guardian ad Litem, Miguel Maldonado, and Defendants, County of Santa Clara, Deputy R.

19 Urena, Deputy S. Lopez, and Deputy J. Tran, by and through their respective counsel of record,

20 hereby stipulate and agree to an order dismissing this entire action **without prejudice** as to

21 Defendants, County of Santa Clara, Deputy R. Urena, Deputy S. Lopez, and Deputy J. Tran,

22 **only**.

23       Each side shall bear their own attorneys' fees and costs of the suit.

24   //

25   //

26   //

27   //

28   //

1      I hereby attest that I have on file the holograph signature indicated by a "conformed"

2  signature (/S/) within this e-filed document.

3  IT IS SO STIPULATED:

4  Dated:  July 30, 2010             MIGUEL MÁRQUEZ
                            County Counsel

5

6                         By:  _____/S/_____
                              MARK F. BERNAL

7                              Deputy County Counsel
                              Attorneys for Defendants

8                              COUNTY OF SANTA CLARA

9

10  Dated:  July 7, 2010          By:  _____/S/_____
                              CRAIG A. LIVINGSTON

11                              Livingston Law Firm

12                              Attorneys for Plaintiffs
                              GERALDINE MALDONADO,

13                              PRISCILLA MALDONADO, and
                              M.M., a minor, by and through his

14                              Guardian ad Litem, MIGUEL
                              MALDONADO.

15  IT IS SO ORDERED:

16

17  Dated:  August 10, 2010                 

18                            HON. JAMES WARE
                            United States District Court Judge

19

20

21

22

23

24

25

26

27

28