```
#65912-3-104
Timothy J. Schmal, Esq.
BURTON, SCHMAL & DiBENEDETTO, LLP
133 Mission Street, Suite 102
Santa Cruz, California 95060
Telephone: (831) 425-5023
Facsimile:  (831) 427-3159

Attorneys for Defendants,
CITY OF GILROY, GILROY POLICE
DEPARTMENT, CHIEF GREGG
GIUSIANA (Retired), SERGEANT
CHAD GALLACINAO, CORPORAL JIM
CALLAHAN
```

**DENIED**
Judge James Ware
1/4/2011

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GERALDINE MALDONADO, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF GILROY, et al.<br><br>Defendants. | No.   C08-05642 JW<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES |

The parties hereby stipulate and agree, through their counsel of record, as follows:

1. Attorney Carol Millie has been appointed by the Court to serve as the Early Neutral Evaluator in this matter. By virtue of the date of her appointment, the parties are to complete the Early Neutral Evaluation on or before January 13, 2011. However, for reasons that are unclear, when Ms. Millie scheduled the initial phone conference with all counsel, neither counsel received any actual notification of same, and the processing of the ENE has been delayed by vacations and the holidays.

2. Due to scheduling conflicts amongst the calendars of the Early Neutral Evaluator, counsel, parties, and representatives, it appears to be impractical to schedule a meaningful ENE before the January 13 date. Further, the parties, through their counsel, have been discussing the

1 possibility of having Ms. Millie conduct the ENE more as a mediation, to see if an amicable
2 resolution can be reached at the ENE/mediation, with persons present with authority to
3 negotiate a compromise.

4 3. In light of the foregoing, the parties agree that the an extension of the existing deadlines
5 in this case will promote efficiency in the management of this matter and would promote the
6 potential for the amicable resolution of this action.

7 4. Further, in light of the foregoing, the parties agree and request that the deadline for
8 completion of the ENE/mediation, and the close of regular discovery, both be extended by
9 forty-five (45) days. Therefore, the parties stipulate, and request that the Court order, that the
10 parties shall have an additional forty-five (45) days to complete the ENE/mediation, up through
11 and including February 28, 2011, and an additional forty-five (45) days to complete regular
12 discovery, currently set for February 28, 2011, up through and including April 12, 2011.

13 5. That the Pre-Trial Conference, currently scheduled for January 31, 2011 at 11:00 a.m. be
14 reset by the Court, for a date convenient with the Court's schedule.

Respectfully submitted,

Dated: January 3, 2011          BURTON, SCHMAL & DiBENEDETTO, LLP


                                By:    /SIGNATURE ON FILE/
                                       TIMOTHY J. SCHMAL
                                Attorneys for Defendants, CITY OF GILROY,
                                SERGEANT GALLACINAO, CORPORAL
                                CALLAHAN, POLICE CHIEF GREGG GIUSIANA


Dated: January 3, 2011          LIVINGSTON LAW FIRM


                                By:    /SIGNATURE ON FILE/
                                       CRAIG A. LIVINGSTON
                                Attorneys for Plaintiffs, GERALDINE MALDONADO,
                                PRISCILLA MALDONADO, M.M., a minor,
                                by and through Guardian Ad Litem, Miguel Maldonado.

**ORDER**

The Court does not find good cause to extend the deadlines as requested because this is a 2008 case and discovery has recently been lifted to advance the case. There is no reason why ENE and discovery cannot proceed on a parallel track.

DATED: January 4, 2011

JAMES WARE
United States District Judge