1  #65912-3-104
   Timothy J. Schmal, Esq.
2  BURTON, SCHMAL & DiBENEDETTO, LLP
   133 Mission Street, Suite 102
3  Santa Cruz, California 95060
   Telephone: (831) 425-5023
4  Facsimile:  (831) 427-3159

5  Attorneys for Defendants,
   CITY OF GILROY, GILROY POLICE
6  DEPARTMENT, CHIEF GREGG
   GIUSIANA (Retired), SERGEANT
7  CHAD GALLACINAO, CORPORAL JIM
   CALLAHAN

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*
1/14/2011

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GERALDINE MALDONADO, et al. | No.   C08-05642 JW |
| Plaintiffs, | STIPULATION AND [PROPOSED] ORDER RE:  MEDIATION IN LIEU OF ENE AND RESETTING COURT CONFERENCE |
| v. | |
| CITY OF GILROY, et al. | |
| Defendants. | |

In light of the Court's Order of January 4, 2011, wherein the Court indicated that "[t]here is no reason why ENE and discovery cannot proceed on a parallel track":

The parties hereby stipulate and agree, through their counsel of record, as follows:

1. Attorney Carol Millie has been appointed by the Court to serve as the Early Neutral Evaluator in this matter.  The parties herein, through their counsel of record, hereby stipulate that this matter be reassigned from ENE to mediation, and that Carol Millie's role in this matter be changed from Early Neutral Evaluator to Mediator, to which Ms. Millie has agreed.

2. The initial session of mediation has been scheduled by Ms. Millie for January 27, 2011, and the Court.

STIP./ ORDER RE MEDIATION         1            C08-05642 JW

3. The parties, through their counsel of record, would request that the ADR completion deadline be extended through and including February 28, 2011, in case an additional mediation session should be required, or should the January 27, 2011 mediation get reset based on circumstances not presently foreseeable.

4. That the Pre-Trial Conference, currently scheduled for January 31, 2011, at 11:00 a.m., be reset by the Court, for a date after the completion of ADR, convenient with the Court's schedule.

Respectfully submitted,

Dated: January ___, 2011        BURTON, SCHMAL & DiBENEDETTO, LLP


By:_____/SIGNATURE ON FILE/_____
   TIMOTHY J. SCHMAL
Attorneys for Defendants, CITY OF GILROY,
SERGEANT GALLACINAO, CORPORAL
CALLAHAN, POLICE CHIEF GREGG GIUSIANA


Dated: January ___, 2011        LIVINGSTON LAW FIRM


By:_____/SIGNATURE ON FILE/_____
   CRAIG A. LIVINGSTON
Attorneys for Plaintiffs, GERALDINE MALDONADO,
PRISCILLA MALDONADO, M.M., a minor,
by and through Guardian Ad Litem, Miguel Maldonado.


## ORDER

For good cause shown, the Court GRANTS the parties' Stipulation. This matter is reassigned from ENE to mediation. The Court Attorney hereby been appoints Carol Millie as Mediator, and vacates her appointment to serve as the Early Neutral Evaluator in this matter. The deadline to complete mediation is February 28, 2011. Additionally, the Pre-Trial

1 | Conference, currently scheduled for January 31, 2011 at 11:00 a.m. is hereby rescheduled to
2 | __March 14,_____, 2011 at __10:00 AM_____.
3 | IT IS SO ORDERED.
  | On or before **March 4, 2011,** the parties shall file a Joint Pretrial Statement. The Statement shall
4 | include, *inter alia*, an update on mediation efforts and a good faith proposed schedule for trial.
5 | DATED:   January 14, 2011

                                               JAMES WARE
                                               United States District Chief Judge