Craig A. Livingston (SBN 148551)
Crystal Van Der Putten (SBN 227262)
LIVINGSTON LAW FIRM
A Professional Corporation
1600 South Main Street, Suite 280
Walnut Creek, CA  94596
Tel:  (925) 952-9880
Fax: (925) 952-9881
clivingston@livingstonlawyers.com
cvanderputten@livingstonlawyers.com

Attorneys for Plaintiffs GERALDINE MALDONADO,
PRISCILLA MALDONADO, and M.M.,
a minor, by and through his Guardian Ad Litem,
MIGUEL MALDONADO

**IT IS SO ORDERED**
*James Ware*
Judge James Ware
2/17/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALDINE MALDONADO, PRISCILLA MALDONADO, and M.M., a minor, by and through his Guardian Ad Litem, MIGUEL MALDONADO, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF GILROY, GILROY POLICE DEPARTMENT, CHIEF GREGG GIUSIANA, SERGEANT CHAD GALLACINAO, CORPORAL JIM CALLAHAN and DOES 1-50, Inclusive, <br><br> Defendants. | Case No. 5:08-cv-05642-JW <br><br> **STIPULATION OF DISMISSAL** <br> **(F.R.C.P. 41(a)(1)(A)(ii))** |

**STIPULATION OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, that the above-captioned matter shall be dismissed with prejudice in its entirety and as against defendants City of Gilroy, Chief Gregg Giusiana (Ret.), Sergeant Chad Gallacinao and Corp. Jim Callahan, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each side shall bear its own costs and attorneys' fees. The Clerk shall close this file.

/ / /

1   **IT IS SO STIPULATED.**

3   Dated: February 3, 2011.                    LIVINGSTON LAW FIRM, P.C.

                                                By  /s/ Craig A. Livingston
                                                Craig A. Livingston
                                                Attorneys for Plaintiffs GERALDINE
                                                MALDONADO, PRISCILLA
                                                MALDONADO, and M.M., a minor, by and
                                                through his Guardian Ad Litem, MIGUEL
                                                MALDONADO

11  Dated: February 2, 2011.                    BURTON, SCHMAL & DiBENEDETTO

                                                By /s/ Timothy J. Schmal
                                                TIMOTHY J. SCHMAL, ESQ.
                                                Attorneys for Defendants CITY OF
                                                GILROY, SERGEANT CHAD
                                                GALLACINAO, CORPORAL
                                                CALLAHAN, and POLICE CHIEF
                                                GREGG GIUSIANA (RET.).

---

*Maldonado v. City of Gilroy, et al.* – Case No. C08-05642 JW
Stipulation of Dismissal

# CERTIFICATE OF SERVICE
(28 U.S.C. § 1746)

I am employed in the County of Contra Costa, State of California. I am over the age of 18 years and not a party to the within action. My business address is 1600 South Main Street, Suite 280, Walnut Creek, California, 94596.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the following documents:

**STIPULATION OF DISMISSAL (F.R.C.P. 41(a)(1)(A)(ii))**

addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below.

Timothy J. Schmal, Esq.
Ashley B. Wheelock, Esq.
Burton, Schmal & DiBenedetto, LLP
133 Mission Street, Suite 102
Santa Cruz, CA  95060
Tel:  (831) 425-5023
Fax:  (831) 427-3159
*Attys for:  City of Gilroy, Gilroy Police Department, Chief Gregg Giusiana (Retired), Sergeant Chad Gallacinao, Corporal Jim Callahan*

I declare under penalty of perjury that the foregoing is true and correct. Executed at Walnut Creek, California, on February 14, 2011.

*Wendy Harrison* (signed)
Wendy Harrison

---

*Maldonado, et al. v. City of Gilroy, et al.*- Case No. C08-05642 HRL
Certificate of Service

1